## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

TRAVIS KIEHL                                                                                              PLAINTIFF

v.                                              3:19-cv-00138-BSM-JJV

DOES, unknown officers,
Greene County Detention Center                                                          DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDATIONS

### INSTRUCTIONS

The following recommended disposition has been sent to Chief United States District Judge Brian S. Miller.  Any party may serve and file written objections to this recommendation.  Objections should be specific and should include the factual or legal basis for the objection.  If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection.  An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations.  The copy will be furnished to the opposing party.  Failure to file timely objections may result in a waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a new hearing for this purpose before either the District Judge or Magistrate Judge, you must, at the time you file your written objections, include the following:

1. Why the record made before the Magistrate Judge is inadequate.

2. Why the evidence to be proffered at the new hearing (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3. The details of any testimony desired to be introduced at the new hearing in the form of an offer of proof, and a copy or the original of any documentary or other non-testimonial

evidence desired to be introduced at the new hearing.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing. Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## DISPOSITION

**I.    ANALYSIS**

On May 7, 2019, Travis Kiehl ("Plaintiff") filed a *pro se* Complaint alleging unknown Officers at the Greene County Detention Facility violated his constitutional rights, as protected by 42 U.S.C. § 1983. (Doc. No. 1.) He did not pay the filing fee or file an Application to Proceed *In Forma Pauperis* ("IFP Application"). On May 8, 2019, I ordered Plaintiff to either pay the filing fee in full or file an IFP Application, provided him with the necessary forms, and cautioned him that the case would be dismissed, pursuant to Local Rule 5.5(c)(2), if he did not timely comply with my instructions. (Doc. No. 2.) As of today, Plaintiff has not complied with my Order, and the time to do so has expired.

**II.    CONCLUSION**

IT IS, THEREFORE, RECOMMENDED THAT:

1.    The Complaint (Doc. No. 1) be DISMISSED without prejudice due to lack of prosecution.

2.    The Court certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from an Order adopting this recommendation and the accompanying Judgment would not be taken in good faith.

DATED this 11th day of June 2019.

                                                                           _____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE