IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**TRAVIS KIEHL**                                                                    **PLAINTIFF**

**v.**                    **CASE NO. 3:19-CV-00138 BSM**

**DOES, unknown officers,**
**Greene County Detention Center**                              **DEFENDANTS**

## ORDER

United State Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 3] is adopted and Travis Kiehl's lawsuit is dismissed without prejudice. It is certified that an *in forma pauperis* appeal from this order would not be taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 25th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE